# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

FILED
DISTRICT COURT

2007 FEB -8  P 12: 40

CLERK
S.D. OF GA.

TRACIE POOLE PORRECA        )
                                    )
                                    )
                                    )
        v.                        )      Case No.  CV206-86
                                    )
HONEYWELL INTERNATIONAL,INC.  )
*formerly known as* ALLIEDSIGNAL,INC. and  )
*formerly known as* ALLIED CHEMICAL CORP)

---

## ORDER

---

Upon consideration of the following motions with the appropriate pleading numbers listed, said motions are dismissed as moot in view of a settlement between the parties.

        Motion for Partial Summary Judgment # 7.
        Motion for Judgment on the Pleadings # 9.

SO ORDERED this 8th day of *February*, 2007.

_____
ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA